UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>              Plaintiff,                    )<br>                                                           )<br> v.                                                      )<br>                                                           )<br> GERARDO GALINDO-AGUILAR,  )<br>                                                           )<br>              Defendant.                )<br>_____) | Case No. 08mj0727<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  March 12, 2008         /s/  Erick  L.  Guzman
                                              ERICK L. GUZMAN
                                              Federal Defenders
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              E-mail: erick_guzman@fd.org